# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,     :   No. 2756 Disciplinary Docket No. 3
             Petitioner     :
                            :   No. 65 DB 2019
             v.     :
                            :   Attorney Registration No.  61914
JOHN A. GALLAGHER,     :
             Respondent     :   (Chester County)

## O R D E R

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2021, upon consideration of the Report and Recommendations of the Disciplinary Board and Respondent's Petition for Review, the Petition for Review is denied.  John A. Gallagher is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).